IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PAMELA KRAUSE and
WILLIAM KRAUSE,

    Plaintiffs,

vs.                                        CASE NO.: 1:06-CV-12-SPM/GRJ

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Novartis Pharmaceuticals Corporation's Motion to Seal Certain Exhibits With Supporting Memorandum of Law (doc. 41). Upon consideration, it is

**ORDERED AND ADJUDGED**:

1. The motion (doc. 41) is **granted**.

2. The clerk is directed to seal the following exhibits:

    a. Exhibit 8 to Novartis Pharmaceuticals Corporation's Motion for Partial Summary Judgment to Apply New Jersey Punitive Damages Law With Supporting Memorandum of Law **(doc. 36-8)**.

    b. Exhibits 16 through 25 and 27 to Novartis Pharmaceuticals

Corporation's Statement of Undisputed Facts in Support of Motion for Partial Summary Judgment **(docs. 37-16, 37-17, 37-18, 37-19, 37-20, 37-21, 37-22, 37-23, 37-24, 37-25, and 37-27**).

DONE AND ORDERED this 16th day of May, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

2