**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

PAMELA KRAUSE and
WILLIAM KRAUSE,

      Plaintiffs,

vs.                            CASE NO.: 1:06-CV-12-SPM/GRJ

NOVARTIS PHARMACEUTICALS
CORPORATION,

      Defendant.

_____/

## ORDER

This cause comes before the Court on Novartis Pharmaceuticals

Corporation's Motion to Seal Certain Exhibits With Supporting Memorandum of

Law (doc. 41).  Upon consideration, it is

**ORDERED AND ADJUDGED**:

1.      The motion (doc. 41) is **granted**.

2.      The clerk is directed to seal the following exhibits:

      a.      Exhibit 8 to Novartis Pharmaceuticals Corporation's Motion

              for Partial Summary Judgment to Apply New Jersey Punitive

              Damages Law With Supporting Memorandum of Law **(doc.**

              **36-8**).

      b.      Exhibits 16 through 25 and 27 to Novartis Pharmaceuticals

Corporation's Statement of Undisputed Facts in Support of

Motion for Partial Summary Judgment **(docs. 37-16, 37-17,**

**37-18, 37-19, 37-20, 37-21, 37-22, 37-23, 37-24, 37-25, and**

**37-27**).

DONE AND ORDERED this 16th day of May, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge