**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

PAMELA KRAUSE and
WILLIAM KRAUSE,

    Plaintiff,

v.                                                   CASE NO.: 1:06cv12-SPM/GRJ

NOVARTIS PHARMACEUTICAL
CORPORATION,

    Defendant.

_____/

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

    This cause comes before the Court upon the Motion for Substitution Filed on Behalf of Plaintiff Pamela Krause. (Doc. 86). Pamela Krause passed away on October 15, 2012. A Suggestion of Death was filed. (*See* Doc. 85). William Krause was appointed the personal representative of Pamela Krause's estate. Now, William Krause requests leave to be substituted for Pamela Krause in this action as the personal representative of her estate. The Defendant has been given ample amount of time to oppose this motion but have chosen not to do so.

    In consideration and pursuant to Federal Civil Procedure Rule 25, it is ORDERED that the motion (doc. 86) is GRANTED.

    **SO ORDERED** this 31st day of December, 2012.


                                                *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS
                                                CHIEF UNITED STATES DISTRICT JUDGE**