UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM KRAUSE, individually and as
personal representative of Pamela
Krause, deceased,

    Plaintiff,

v.                                            CASE NO.: 1:06cv12-SPM/GRJ

NOVARTIS PHARMACEUTICALS
CORPORATIONS,

    Defendant.

_____/

## O R D E R

    This cause comes before the court upon plaintiff's Unopposed Motion for Additional Time to file opposition to the motions *in limine*. (Doc. 99). Upon consideration, it is hereby ORDERED that the motion is GRANTED. Defendant shall file any opposition to the motions *in limine* no later than **February 18, 2013**.

    **DONE and ORDERED** this 8th day of February, 2013.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**